John T. McCoy, McCoy & Riley, Waterloo, IA, for Defendants-Appellees

Before GRUENDER, BENTON, KELLY, Circuit Judges.

PER CURIAM.

Trivansky Swington appeals the district court's[1] grant of summary judgment in favor of defendants in his 42 U.S.C. § 1983 action asserting claims of excessive force and deliberate indifference stemming from events that occurred while Swington was confined at the Black Hawk County Jail. Following careful de novo review of the record and the arguments on appeal, we affirm the judgment of the district court for the reasons cited in the district court's memorandum opinion. See 8th Cir. R. 47B. Swington's motion for appointment of counsel is denied.

Margaret Rae FOSTER, Plaintiff-Appellant

v.

CERRO GORDO COUNTY, an Iowa Municipal Corporation; City of Mason City, an Iowa Municipal Corporation; Roungaroun Phaiboun; Kevin Pals;

Shad Stoeffler; Terry Allen Burns; Additional Unidentified Mason City Police Department Officers or Employees; Additional Unidentified Cerro Gordo County Jail Staff; Josh Stratmann; Brandon Neidermayer; Justin Faught; Chad Harkema; Rusty Pals; Brenda Crom; Marc Kappmeyer, Defendants-Appellees

Margaret Rae Foster, Plaintiff-Appellant

v.

Cerro Gordo County, an Iowa Municipal Corporation; City of Mason City, an Iowa Municipal Corporation; Roungaroun Phaiboun; Kevin Pals; Shad Stoeffler; Terry Allen Burns; Additional Unidentified Mason City Police Department Officers or Employees; Additional Unidentified Cerro Gordo County Jail Staff; Josh Stratmann; Brandon Neidermayer; Justin Faught; Chad Harkema; Rusty Pals; Brenda Crom; Marc Kappmeyer, Defendants-Appellees

No. 16-2621, No. 16-3195

United States Court of Appeals, Eighth Circuit.

Submitted: October 16, 2017

Filed: October 23, 2017

Dylan James Thomas, Mason City, IA, for Plaintiff-Appellant

David E. Schrock, Scheldrup & Blades, Cedar Rapids, IA, for Defendants-Appellees Cerro Gordo County, Kevin Pals,

[1]. The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

Shad Stoeffler, Terry Allen Burns, Additional Unidentified Cerro Gordo County Jail Staff, Justin Faught, Chad Harkema, Rusty Pals, Brenda Crom, Marc Kappmeyer

Alex Grasso, Barbara Ann Hering, Hopkins & Huebner, Des Moines, IA, for Defendants-Appellees City of Mason City, Roungaroun Phaiboun, Josh Stratmann, Brandon Neidermayer

Before COLLOTON, BOWMAN, and KELLY, Circuit Judges.

PER CURIAM.

Margaret Foster appeals from the orders of the District Court granting summary judgment to defendants in her 42 U.S.C. § 1983 action claiming excessive force and deliberate indifference. We affirm the District Court. See 8th Cir. R. 47B. We deny as moot the pending motion.

KELLY, Circuit Judge, concurring in part, dissenting in part.

Because I believe there remain material facts in dispute regarding the claim of deliberate indifference against the jail nurse, I would reverse the grant of summary judgment on this claim. I otherwise concur.